| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Rosemary Gibson** | | Social Security number or ITIN | **xxx–xx–3937** |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | | Date case filed for chapter | **13  5/3/19** |
| Case number: | **19–12849** | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Rosemary Gibson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1150 W. 18th Street<br>Unit 1W<br>Broadview, IL 60155 | |
| 4. | **Debtor's attorney**<br>Name and address | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | Contact phone 847 520–8100<br>Email: davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603 | Contact phone 312 294–5900 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 5/6/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 11, 2019 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>**55 East Monroe, Suite 3850, Chicago, IL 60603** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/12/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/12/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/30/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**7/3/19** at **11:00 AM** , Location: **219 South Dearborn, Courtroom 682, Chicago, IL 60604**<br><br>**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 19-12849-JBS
Rosemary Gibson  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1       User: lorsmith                Page 1 of 3                  Date Rcvd: May 06, 2019
                           Form ID: 309I                 Total Noticed: 77

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2019.
```
db            +Rosemary Gibson,    1150 W. 18th Street,    Unit 1W,    Broadview, IL 60155-4856
27807924      +ABR Recovery,    29-15 Astoria Blvd,    Long Island City, NY 11102-1741
27807925       Affiliated Radiologists, SC,    PO Box 1888,    Greenville, TX 75403-1888
27807926      +Allied Collection Svcs,    8550 Balboa Blvd Ste 232,    Northridge, CA 91325-5806
27807934       Bank of America Home Loans Serv,    4909 Savarese Circle,    Floor 19080147,
                Tampa, FL 33634-2413
27807940       CB/HSN,    PO Box 182120,    Columbus, OH 43218-2120
27807944      +CMRE Financial Services,    3075 E. Imperial HWY 200,    Brea, CA 92821-6753
27807952     ++CREDITORS BANKRUPTCY SERVICE,    PO BOX 800849,    DALLAS TX 75380-0849
              (address filed with court: Creditors Bankruptcy Service,    PO Box 800849,    Dallas, TX 75380)
27807935      +Cap1/Dress Barn,    PO Box 5253,    Carol Stream, IL 60197-5253
27807936      +Carrington Mortgage Se,    15 Enterprise St,    Aliso Viejo, CA 92656-2652
27807942      +City of Chicago,    Dept. of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
27807943       City of Chicago Parking,    121 N LaSalle Street,    Room 107A,    Chicago, IL 60602-1232
27807946       Comcast,    Bankruptcy Department,    11621 E. Marginal Way 5,    Tukwila, WA 98168-1965
27807948       Commonwealth Edison-Care Center,    Bankruptcy Department,    PO Box 6113,
                Carol Stream, IL 60197-6113
27807953      +Creditors Discount & A,    415 E Main St,    Streator, IL 61364-2927
27807954      +Creditors Discount & Audit (RETA),    415 E. Main St.,    PO Box 213,    Streator, IL 61364-0213
27807956      +Feel Good Store,    6864 Engle Rd.,    Cleveland, OH 44130-7910
27807959      +Hillcrest Property Management,    55 West 22nd Street, Ste. 310,    Lombard, IL 60148-4889
27807961      +Keough & Moody, PC,    114 E Van Buren,    Naperville, IL 60540-5184
27807962       Kindred Hospital Chicago Northlake,    365 W N Ave,    Northlake, IL 60164
27807963       Linebarger Goggan Blair & Sampson,    Attorneys at Law,    PO Box 06152,    Chicago, IL 60606-0152
27807966      +Midwest Allergy, Inc.,    10001 W Roosevelt Rd,    Suite 304,    Westchester, IL 60154-2662
27807968      +Nissan Motor Acceptanc,    Pob 660366,    Dallas, TX 75266-0366
27807969       Nutribullet Llc,    PO Box 4575,    Pacoima, CA 91333-4575
27807970      +PCC Commmunity Wellness Center,    14 W. Lake St.,    Oak Park, IL 60302-2606
27807971      +Peoples Gas,    Bankruptcy Department,    200 E. Randolph Street,    Chicago, IL 60601-6302
27807976       QVC Studio Park,    1200 Wilson Drive,    West Chester, PA 19380-4262
27807977      +Radadvantage Illinois Pc,    1351 4TH ST,    Suite 300,    Santa Monica, CA 90401-1355
27807980      +Secretary of State,    Safety & Financial Responsibility,    2701 South Dirksen Parkway,
                Springfield, IL 62723-1000
27807981       Secretary of State License Renewal,    3701 Winchester Road,    Springfield, IL 62707-9700
27807982       T Mobile Wireless,    Attn: Bankruptcy Dept.,    4515 N santa Fe Ave,
                Oklahoma City, OK 73118-7901
27807983      +Tennenbaum & Anstadt, Ltd,    2450 Wolf Rd,    Westchester, IL 60154-5643
27807984      +Terrace Garden Condiniums Associati,    9731 Fox Glen Dr,    Niles, IL 60714-5828
27807986       Village of Bellwood,    3200 Washington Blvd,    Bellwood, IL 60104-1984
27807987       Village of Bellwood, Illinois,    Red Light Photo Enforcement Program,    PO Box 76998,
                Cleveland, OH 44101-6500
27807988      +Village of Broadview,    2350 S. 25th Ave,    Broadview, IL 60155-3800
27807989      +Village of Hillside,    425 North Hillside,    Hillside, IL 60162-1695
27807990      +Village of North Riverside,    2401 S. Des Plaines Ave.,    Riverside, IL 60546-1596
27807992       Westlake Emerg Room Provider SC,    1200 HARGER RD,    Suite 408,    Oak Brook, IL 60523-1818
27807993       Westlake Emergency Physicians,    PO Box 120153,    Grand Rapids, MI 49528-0103
27807994       Westlake Hospital,    Patient Account Servcies Department,    PO Box 830913,
                Birmingham, AL 35283-0913
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: davidsiegelbk@gmail.com May 07 2019 02:23:02     David M Siegel,
                David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL   60090
tr            +E-mail/Text: bncnotice@tomvaughntrustee.com May 07 2019 02:25:36      Tom Vaughn,
                55 E. Monroe Street, Suite 3850,    Chicago, IL 60603-5764
ust           +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV May 07 2019 02:24:34      Patrick S Layng,
                Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
                Chicago, IL 60604-2027
27807931      +EDI: CINGMIDLAND.COM May 07 2019 06:03:00      AT&T,    Bankruptcy Department,
                5407 Andrew Highway,    Midland, TX 79706-2851
27807927       EDI: URSI.COM May 07 2019 06:03:00      Alltran Financial, LP,    PO Box 722929,
                Houston, TX 77272-2929
27807928      +EDI: CBSAMERIMARK May 07 2019 06:03:00      Amerimark Premier,    Bankruptcy Dept.,
                1515 S. 21st Street,    Clinton, IA 52732-6676
27807929      +EDI: PHINHARRIS May 07 2019 06:03:00      Arnold Scott Harris, P.C.,
                111 W. Jackson Blvd. Ste. 600,    Chicago, IL 60604-3517
27807930      +EDI: CBS7AVE May 07 2019 06:03:00      Ashro,    Bankruptcy Dept,    1515 S. 21st Street,
                Clinton, IA 52732-6676
27807933       EDI: BANKAMER.COM May 07 2019 06:03:00      Bank of America,    PO Box 982238,
                El Paso, TX 79998-2238
27807932      +EDI: BANKAMER.COM May 07 2019 06:03:00      Bank of America,    Bankruptcy Department,
                CA6-919-0241, PO Box 5170,    Simi Valley, CA 93062-5170
27807937      +EDI: WFNNB.COM May 07 2019 06:03:00      CB/Carsons,    PO Box 182789,    Columbus, OH 43218-2789
27807939       EDI: WFNNB.COM May 07 2019 06:03:00      CB/DRSSBRN,    PO Box 182273,    Columbus, OH 43218-2273
```

```
District/off: 0752-1          User: lorsmith              Page 2 of 3                Date Rcvd: May 06, 2019
                              Form ID: 309I               Total Noticed: 77
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
27807938       EDI: WFNNB.COM May 07 2019 06:03:00      CB/Dress Barn,   PO Box 330066,
                 NorthGlenn, CO 80233-8066
27807941       E-mail/Text: bankrupt@choicerecovery.com May 07 2019 02:23:14       Choice Recovery,
                 1550 Old Henderson Road,   Suite 100-S,   Columbus, OH 43220
27807945       EDI: COMCASTCBLCENT May 07 2019 06:03:00      Comcast,   PO Box 3002,
                 Southeastern, PA 19398-3002
27807947      +EDI: WFNNB.COM May 07 2019 06:03:00      Comenity Bank/Carsons,   3100 Easton Square Pl.,
                 Columbus, OH 43219-6232
27807949      +EDI: CONVERGENT.COM May 07 2019 06:03:00      Convergent Outsourcing,   800 Sw 39th St,
                 Renton, WA 98057-4927
27807950      +EDI: CCS.COM May 07 2019 06:03:00      Credit Coll,   Po Box 710,   Norwood, MA 02062-0710
27807951      +EDI: RCSFNBMARIN.COM May 07 2019 06:03:00      Credit One,   Bankrupcty Department,
                 PO Box 98873,   Las Vegas, NV 89193-8873
27807955      +E-mail/Text: bknotice@ercbpo.com May 07 2019 02:24:52       Enhanced Recovery Co L,
                 8014 Bayberry Rd,   Jacksonville, FL 32256-7412
27807958      +EDI: AMINFOFP.COM May 07 2019 06:03:00      First Premier Bank,   3820 N. Louise Ave.,
                 Sioux Falls, SD 57107-0145
27807957      +EDI: AMINFOFP.COM May 07 2019 06:03:00      First Premier Bank,   Bankruptcy Department,
                 PO Box 5523,   Sioux Falls, SD 57117-5523
27807960       EDI: JEFFERSONCAP.COM May 07 2019 06:03:00      Jefferscnp (Jefferson Capital Syste,
                 Bankruptcy Department,   16 McLeland Rd.,   Saint Cloud, MN 56303
27807964      +EDI: CBSMASON May 07 2019 06:03:00      Massey,   1251 1st Ave,   Chippewa Falls, WI 54729-1691
27807965      +EDI: MERRICKBANK.COM May 07 2019 06:03:00      Merrick Bank,   10705 S. Jordan Gtwy Ste. 200,
                 South Jordan, UT 84095-3977
27807967       E-mail/Text: bankruptcy@moneylion.com May 07 2019 02:25:52       Money Lion Inc.,   PO BOX 1547,
                 Sandy, UT 84091-1547
27807972      +EDI: CBSPLS.COM May 07 2019 06:03:00      PLS,   9920 South Western Ave.,
                 Chicago, IL 60643-1831
27807974       EDI: PRA.COM May 07 2019 06:03:00      Portfolio Recovery Associates,
                 120 Corporate Blvd., Ste. 100,   Norfolk, VA 23502
27807973      +EDI: PRA.COM May 07 2019 06:03:00      Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
27807975       EDI: Q3G.COM May 07 2019 06:03:00      Quantum3 Group,   P.O. Box 788,   Kirkland, WA 98083-0788
27807978      +EDI: WFNNB.COM May 07 2019 06:03:00      Roaman's,   PO Box 659728,   San Antonio, TX 78265-9728
27807979      +EDI: DRIV.COM May 07 2019 06:03:00      Santander Consumer USA,   Bankruptcy Department,
                 PO BOX 961245,   Fort Worth, TX 76161-0244
27811850      +EDI: RMSC.COM May 07 2019 06:03:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
27807985       EDI: CBSPLS.COM May 07 2019 06:03:00      The Payday Loan Store of Illinois,
                 1900 E. Roosevelt Rd.,   Broadview, IL 60155
27807991      +E-mail/Text: clamanna@westchester-il.org May 07 2019 02:25:51       Village Of Westchester,
                 Bankruptcy Department,   10300 West Roosevelt Road,   Westchester, IL 60154-2568
27807995      +EDI: WABK.COM May 07 2019 06:03:00      World Financial Corporation,   2616 Ogden Ave,   Suite C,
                 Aurora, IL 60504-4272
                                                                                               TOTAL: 36

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                               Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: lorsmith              Page 3 of 3              Date Rcvd: May 06, 2019
                              Form ID: 309I               Total Noticed: 77
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2019 at the address(es) listed below:
        David M Siegel   on behalf of Debtor 1 Rosemary  Gibson davidsiegelbk@gmail.com, author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Tom  Vaughn   ecf@tvch13.net, ecfchi@gmail.com
        TOTAL: 3