# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) _____Rosemary Gibson_____ Case No. __19-12849__ Chapter __13__

All Cases: Moving Creditor ___Terrace Garden Condominiums Association___ Date Case Filed __05/03/2019__

Nature of Relief Sought: ☑ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed __08/07/2019__

Chapter 7: ☐ No-Asset Report Filed on _____
☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☑ Home
   b. ☐ Car   Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date   $ _____6,953.00_____
   Total of all other Liens against Collateral $ _____58,818.00_____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $ ___$93,000 per Schedule A___

5. Default
   a. ☑ Pre-Petition Default
      Number of months __23__    Amount $ _____6,953.00_____

   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of months __7__    Amount $ _____2,292.98_____

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____    Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid      Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv. ☑ Other (describe) ____Assessment payments not made____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe)_____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: _____April 24, 2020_____      _____/s/ Bryan M. Wiley_____
                                              Counsel for Movant

(Rev. 12 /21/09)