# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
|    ROSEMARY GIBSON, ) | |
| ) | |
| TERRACE GARDEN CONDOMINIUMS ) | |
| ASSOCIATION, an Illinois Not-For-Profit ) | |
| Corporation, ) | |
| ) | Case Number 19-12849 |
|              Creditor, ) | Judge Jack B. Schmetterer |
| v. ) | Chapter 13 |
| ) | |
| ROSEMARY GIBSON, ) | |
|              Debtor. ) | |

## AGREED ORDER

THIS CAUSE having come before the Court on Secured Creditor, TERRACE GARDEN CONDOMINIUMS ASSOCIATION's Motion for Relief from Stay, and the Court being duly advised on the premises;

IT IS HEREBY ORDERED THAT:

1. The Debtor shall submit to the Creditor $236.72, representing the Debtor's May 2020 monthly assessment payment, on or before June 1, 2020.

2. Additionally, the Debtor shall make "timely" post-petition monthly assessment payments directly to the Creditor, beginning with the first monthly assessment payment due June 1, 2020, and continuing monthly thereafter for the duration of the bankruptcy. Payments are considered "timely" if they are received in the office of the Creditor on or before the fifteenth (15th) day of the month in which they are due.

3. If the Debtor fails to tender any two (2) payments pursuant to Paragraphs 1 and 2 of this Agreed Order, the stay shall be automatically modified as to the Creditor, its principals, agents, successors and/or assigns as to the property securing its interest

fourteen (14) calendar days after mailing notification to the Debtor and her attorney, unless during that period the Debtor shall tender certified funds to bring the post-petition assessment account current. If the automatic stay is modified pursuant to this paragraph, notice of the modification shall be filed with the Court.

4. In the event that the Creditor should have to send out any Notices of Default, the Debtor shall have to pay an extra $100.00 per notice, as additional attorney's fees, in addition to whatever funds are needed to cure the default and said additional funds must be included in the tender to bring the post-petition assessment payments current.

Agreed to this 6th day of May, 2020.

_____
Attorney for Creditor

Agreed to this 7th day of May 2020.

_____
Attorney for Debtors

ENTERED:

_____

JUDGE:

_____

Prepared by:
Bryan M. Wiley
KEOUGH AND MOODY, P.C.
Attorney Number 06324845
Attorney for Creditor
114 East Van Buren
Naperville, IL 60540
(630) 369-2700